IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01010-BNB

DIANE MAHONEY MAN,

    Plaintiff,

v.

STANLEY ANDERSON,
CFO-LLC,

    Defendants.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed an Application to Proceed in District Court without Prepaying Fees and Costs (ECF No. 8) and a Complaint. The Application will be granted based solely on Plaintiff's inability to pay the filing fee. Accordingly, it is

ORDERED that the Application to Proceed in District Court without Prepaying Fees and Costs (ECF No. 8) is GRANTED. It is

FURTHER ORDERED that all other pending motions are DENIED as moot.

DATED May 28, 2014, at Denver, Colorado.

                                BY THE COURT:

                                s/Boyd N. Boland
                                United States Magistrate Judge